**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF/RESPONDENT**

**V.**                    **CASE NO. 5:19-CR-50015-002**

**MICHAEL WALTER SELBY**                                              **DEFENDANT/PETITIONER**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 85) filed in this case on February 16, 2023, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 85) is **ADOPTED IN ITS ENTIRETY**, and Defendant/Movant's Motion to Vacate under 28 U.S.C. § 2255 (Doc. 78) is **DENIED**. For the reasons stated in the Report and Recommendation, a request for Certificate of Appealability, if made, will be **DENIED**.

**IT IS SO ORDERED** on this 7th day of March, 2023.

　　　　　　　　　　　　　　　　　　　　　　/s/ Timothy L. Brooks
　　　　　　　　　　　　　　　　　　　　　　TIMOTHY L. BROOKS
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE